```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SHA-HEED RAHMAN,                         :
                       Plaintiff,        :
                                         :      08 Civ. 4368 (DLC)
           -v-                           :
                                         :           ORDER
COMMISSIONER BRIAN FISHER, DEPUTY        :
COMMISSIONER LUCIEN J. LECLAIRE, DEPUTY  :
COMMISSIONER RICHARD ROY, ACTING         :
DIRECTOR SPECIAL HOUSING KEITH DUBRAY,   :
SUPERINTENDENT LUIS MARSHALL, FIRST      :
DEPUTY SUPERINTENDENT K. DECKER,         :
HEARING OFFICER MRS. CALERO, OFFICER J.  :
TEJEDA                                   :
                       Defendants.       :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

DENISE COTE, District Judge:

Plaintiff Sha-Heed Rahman has brought this <u>pro se</u> action seeking redress for the defendants' alleged violation of his rights. On May 9, 2008, plaintiff submitted an application for appointment of counsel.

In determining whether to grant an application for counsel, the Court must consider

> the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel.

<u>Cooper v. A. Sargenti Co., Inc.</u>, 877 F.2d 170, 172 (2d Cir. 1989). As a threshold matter, in order to qualify for appointment of counsel plaintiff must demonstrate that his claim

has substance or a likelihood of success. See Hodge v. Police Officers, 802 F.2d 58, 60-61 (2d Cir. 1986). In addition, in reviewing a request for appointment of counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity, and thus, should not grant appointment of counsel indiscriminately. Cooper, 877 F.2d at 172.

A more fully developed record will be necessary before I can determine whether plaintiff's chances of success warrant the appointment of counsel. Therefore, plaintiff's application is denied without prejudice to its renewal at such time as the existence of a potentially meritorious claim may be demonstrated.

SO ORDERED:

Dated:   New York, New York
         July 31, 2008

                              _____
                                       DENISE COTE
                              United States District Judge

COPIES SENT TO:

Sha-Heed Rahman
90-A-0409
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, NY 12953